IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 5:16-cv-780-BR

| | |
|---|---|
| RONALD BEAN SR. and SANDRA BEAN,<br>    Plaintiffs<br><br>v.<br><br><br>GRAND DESIGN RV, LLC and BILL<br>PLEMMONS RV WORLD,<br>    Defendants | )<br>)<br>)<br>)<br>)    STIPULATION OF DISMISSAL<br>)         *WITH PREJUDICE*<br>)<br>)<br>)<br>) |

Plaintiffs Ronald Bean Sr. and Sandra Bean and Defendants Grand Design RV, LLC and Bill Plemmons RV World, by and through their respective undersigned attorneys of record, hereby stipulate and agree that all matters in controversy between them that are the subject of the dispute that has given rise to this civil action have been resolved, and that, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this civil action and claims asserted in this civil action should be, and hereby are, dismissed, *with prejudice*.

Each party shall bear the attorneys' fees, costs, and expenses which they have incurred in connection with this civil action.

[SIGNATURES APPEAR ON NEXT PAGE]

This the 19th day of June, 2017.

| | |
|---|---|
| */s/ Ruth M. Allen* | */s/Thomas S. Babel* |
| Ruth M. Allen | Thomas S. Babel |
| N.C. State Bar I.D. No.: 34739 | N.C. State Bar I.D. No.:  35004 |
| email: rallen@lemberglaw.com | email:  tsb@wardandsmith.com |
| For the firm of | For the firm of |
| Lemberg Law, LLC | Ward and Smith, P.A. |
| 43 Danbury Road | Post Office Box 7068 |
| Wilton, CT  06897 | Wilmington, NC  28406-7068 |
| Telephone: 855.301.2100 | Telephone:  910.794.4800 |
| Facsimile: 888.953.6237 | Facsimile:  910.794.4877 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2017, I electronically filed the foregoing STIPULATION OF DISMISSAL *WITH PREJUDICE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Ruth M. Allen, Esq.

> */s/Thomas S. Babel*
> Thomas S. Babel
> N.C. State Bar I.D. No.: 35004
> email: tsb@wardandsmith.com
> For the firm of
> Ward and Smith, P.A.
> Post Office Box 7068
> Wilmington, NC 28406-7068
> Telephone: 910.794.4800
> Facsimile: 910.794.4877
> Attorneys for Defendants

161398-00001
ND: 4849-1166-4202, v. 1